**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com

*Attorneys for Walter Frisbie*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE BARSULI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOODRX HOLDINGS, INC., DOUGLAS HIRSCH, TREVOR BEZDEK, and KARSTEN VOERMANN,<br><br>Defendants. | No.: 2:24-cv-03282-AB-AJR<br><br>**DECLARATION OF ADAM M. APTON IN SUPPORT OF WALTER FRISBIE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. Andre Birotte Jr.<br>Date: July 19, 2024<br>Time: 10:00 a.m.<br>Courtroom: #7B |

I, ADAM M. APTON hereby declare that:

1.    I am a member in good standing of the Bar of this Court, and a partner in the law firm of Levi & Korsinsky, LLP, counsel for proposed Lead Plaintiff Movant Walter Frisbie ("Movant"), and proposed Lead Counsel for the class.

2.    I make this Declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.    Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Movant.

4.    Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing the losses sustained by Movant.

5.    Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the above-captioned action, which was filed in this Court on April 22, 2024.

6.    Attached hereto as **Exhibit D** is a true and correct copy of the Declaration signed by Movant in support of his lead plaintiff motion.

7.    Attached hereto as **Exhibit E** is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under the penalty of perjury of the laws of the United States of America and the state of California that the foregoing is true to the best of my knowledge.

Dated: June 21, 2024              _/s/ Adam M. Apton_____
                                              Adam M. Apton

## CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby declare under penalty of perjury of the laws of the United States of America and the State of California as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On June 21, 2024, I electronically filed the following **DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF WALTER FRISBIE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on June 21, 2024.

*/s/ Adam M. Apton*
Adam M. Apton