# EXHIBIT B

| Client Name | Walter Frisbie |
|---|---|
| Company Name | GoodRx Holdings, Inc. |
| Ticker Symbol | GDRX |
| Security Type | |
| Class Period Start | 09-23-2020 |
| Class Period End | 11-08-2022 |
| 90-DAY Lookback Period Start | 11-09-2022 |
| 90-DAY Lookback Period End | 02-06-2023 |
| 90-DAY Lookback Average | $ 05.04 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $27,322.00 |
| DURA LIFO* Total | $27,322.00 |
| Gross Shares Purchased | 1,000 |
| Net Shares Retained | 1,000 |
| Net Funds Expended | $32,360.00 |

### Walter Frisbie

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 09-24-2020 | 500 | 49.49 | $ 24,745.00 | | | | | | - | 500 | 500 | $ 05.04 | $ 2,519.00 | $ 22,226.00 | $ 22,226.00 |
| 03-08-2022 | 500 | 15.23 | $ 7,615.00 | | | | | | - | 500 | 500 | $ 05.04 | $ 2,519.00 | $ 5,096.00 | $ 5,096.00 |
| **Total:** | **1,000** | | **$32,360.00** | | | | | | | **1,000** | **1,000** | | **$5,038.00** | **$27,322.00** | **$27,322.00** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.