# Exhibit 3

**Good Rx Loss Chart**

**Class Period: September 23, 2020 through November 8, 2022**

Lookback Price: $5.04

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rajeev Chowdhry | 9/24/2020 | 200 | ($47.55) | ($9,510.00) | 9/13/2021 | 100 | $44.22 | $4,422.00 | | | |
| | 9/24/2020 | 100 | ($47.00) | ($4,700.00) | 9/21/2021 | 500 | $48.00 | $24,000.00 | | | |
| | 10/19/2020 | 200 | ($50.50) | ($10,100.00) | | | | | | | |
| | 10/20/2020 | 40 | ($49.05) | ($1,962.00) | | | | | | | |
| | 10/20/2020 | 58 | ($49.00) | ($2,842.00) | | | | | | | |
| | 10/20/2020 | 80 | ($48.10) | ($3,848.00) | | | | | | | |
| | 10/20/2020 | 110 | ($48.50) | ($5,335.00) | | | | | | | |
| | 10/20/2020 | 142 | ($49.05) | ($6,965.10) | | | | | | | |
| | 10/28/2020 | 50 | ($47.97) | ($2,398.50) | | | | | | | |
| | 10/28/2020 | 100 | ($47.63) | ($4,762.50) | | | | | | | |
| | 10/28/2020 | 120 | ($48.00) | ($5,760.00) | | | | | | | |
| | 11/17/2020 | 100 | ($37.06) | ($3,706.00) | | | | | | | |
| | 6/17/2022 | 120 | ($6.04) | ($724.80) | | | | | | | |
| | | 1420 | | ($62,613.90) | | 600 | | $28,422.00 | 820 | $4,131.16 | ($30,060.74) |