ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
JENNIFER N. CARINGAL (286197)
JUAN CARLOS SANCHEZ (301834)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE BARSULI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> GOODRX HOLDINGS, INC., et al., <br><br> Defendants. | Case No. 2:24-cv-03282-AB-AJR <br><br> CLASS ACTION <br><br> DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> DATE:      July 19, 2024 <br> TIME:      10:00 a.m. <br> CTRM:     7B <br> JUDGE:    Hon. Andre Birotte Jr. |

4883-3311-6106.v1

I, Danielle S. Myers, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Steven J. DiMichele and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of Mr. DiMichele's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of pendency of class action published in *Business Wire*, a widely circulated national business-oriented publication or wire service, on April 22, 2024;

Exhibit B:   Mr. DiMichele's sworn Certification;

Exhibit C:   Mr. DiMichele's estimated loss, prepared by counsel; and

Exhibit D:   Mr. DiMichele's Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of June, 2024.

s/ Danielle S. Myers
DANIELLE S. MYERS

- 1 -

4883-3311-6106.v1