# EXHIBIT A

Exhibit A
001

# GDRX INVESTOR ALERT: Kessler Topaz Meltzer & Check, LLP Files A Securities Fraud Class Action Lawsuit Against GoodRX Holdings, Inc. And Encourages Investors With Losses To Contact The Firm

🌐 businesswire.com/news/home/20240422309696/en/GDRX-INVESTOR-ALERT-Kessler-Topaz-Meltzer-Check-LLP-Files-A-Securities-Fraud-Class-Action-Lawsuit-Against-GoodRX-Holdings-Inc.-And-Encourages-Investors-With-Losses-To-Contact-The-Firm

April 22, 2024

RADNOR, Pa.--(BUSINESS WIRE)--The law firm of Kessler Topaz Meltzer & Check, LLP informs investors that the firm has filed a securities fraud class action lawsuit against GoodRx Holdings, Inc. (NASDAQ: GDRX) ("GoodRx" or the "Company") on behalf of investors who purchased or acquired GoodRx common stock betweenSeptember 23, 2020, and November 8, 2022, inclusive (the "Class Period"). This action, captioned *Barsuli v. GoodRx Holdings, Inc., et al.*, Case No. Case 2:24-cv-03282 was filed in the United States District Court for the Central District of California.

***Important Deadline Reminder: Investors who purchased or otherwise acquired GoodRx common stock during the Class Period may, no later than June 21, 2024, move the Court to serve as lead plaintiff for the class.***

If you suffered GoodRx losses, you may **CLICK HERE or GO TO:** *https://www.ktmc.com/new-cases/goodrx-holdings-inc-1?utm_source=PR&utm_medium=link&utm_campaign=gdrx&mktm=r*

**You can also contact attorney Jonathan Naji, Esq.of Kessler Topaz by calling (484) 270-1453 or by email at info@ktmc.com.**

## DEFENDANTS' MISCONDUCT

GoodRx operates a price comparison platform for prescription drugs which, in many cases, offers consumers access to lower prices (through discount codes and coupons) for their medications. GoodRx generates most of its revenue from contracts with pharmacy benefit managers ("PBMs") who agree to pay GoodRx a commission on prescription drug purchases made by consumers who use GoodRx's discount codes and coupons at participating pharmacies. GoodRx also generates a portion of its revenue from subscription plans like the "Kroger Rx Savings Club," which provides "access [to] lower prescription prices at" pharmacies operated by The Kroger Co. ("Kroger").

In connection with GoodRx's initial public offering on September 23, 2020, and throughout the remainder of the Class Period, Defendants continuously touted the Company's strong relationships with pharmacies as a significant element of its business plan. Among other

Exhibit A
002

4/22/24, 4:46 PM     GDRX INVESTOR ALERT: Kessler Topaz Meltzer & Check, LLP Files A Securities Fraud Class Action Lawsuit Against GoodRX H…

Case 2:24-cv-03282-AB-ATR  Document 82-1  Filed 06/21/24  Page 3 of 4  Page ID #:370

things, GoodRx repeatedly highlighted the Kroger Rx Savings Club. Critically, however, Defendants never informed investors of the material risk that Kroger, which accounted for nearly 25% of GoodRx's prescription transactions revenue, could unilaterally refuse to accept GoodRx's discounts.

On May 9, 2022, investors began to learn the truth about the risks of GoodRx's over-dependence on Kroger (including the risk that, notwithstanding the Kroger Rx Savings Club, Kroger could unilaterally refuse to accept GoodRx's discounts), when GoodRx revealed that, late in the first quarter of 2022, "a grocery chain had taken actions that impacted acceptance of discounts from most PBMs for a subset of drugs" and that this "impacted the acceptance of many PBM discounts for certain drugs at this grocer's stores." GoodRx further acknowledged that this disruption "could have an estimated revenue impact of roughly $30 million" in the second quarter of 2022—resulting in the Company announcing disappointing second quarter 2022 revenue guidance of only about $190 million. While Defendants refused to identify the grocer by name, analysts and media outlets quickly recognized that the unnamed grocery chain was Kroger.

On this news, the price of GoodRx common stock plummeted $2.78 per share, or more than 25%, from a close of $10.75 per share on May 9, 2022, to close at $7.97 per share on May 10, 2022.

On November 8, 2022, Defendants provided further information on the severity of the revenue impact from the Kroger disruption—with the Company estimating that the "impact of the grocer issue on third quarter [prescription transactions revenue] was approximately $40 million" and that the Company expected "a combined $45 million to $50 million estimated impact to prescription transactions revenue" for the fourth quarter of 2022. Defendants further acknowledged that the Company was seeking to enter into contractual relationships with pharmacies to prevent similar disruptions from occurring in the future.

On this news, the price of GoodRx common stock declined an additional $1.18 per share, or more than 22%, from a close of $5.24 per share on November 8, 2022, to close at $4.06 per share on November 9, 2022.

**WHAT CAN I DO?**

GoodRx investors may, **no later than June 21, 2024,** move the Court to serve as lead plaintiff for the class, through Kessler Topaz Meltzer & Check, LLP or other counsel, or may choose to do nothing and remain an absent class member. Kessler Topaz Meltzer & Check, LLP encourages GoodRx investors who have suffered significant losses to contact the firm directly to acquire more information.

**CLICK HERE to sign up for the case or GO TO:** *https://www.ktmc.com/new-cases/goodrx-holdings-inc-1?utm_source=PR&utm_medium=link&utm_campaign=gdrx&mktm=r*

Exhibit A
003

Case 2:24-cv-03282-AB-ATR Document 82-1 Filed 06/21/24 Page 4 of 4 Page ID #:371

## WHO CAN BE A LEAD PLAINTIFF?

A lead plaintiff is a representative party who acts on behalf of all class members in directing the litigation. The lead plaintiff is usually the investor or small group of investors who have the largest financial interest and who are also adequate and typical of the proposed class of investors. The lead plaintiff selects counsel to represent the lead plaintiff and the class and these attorneys, if approved by the court, are lead or class counsel. Your ability to share in any recovery is not affected by the decision of whether or not to serve as a lead plaintiff.

## ABOUT KESSLER TOPAZ MELTZER & CHECK, LLP

Kessler Topaz Meltzer & Check, LLP prosecutes class actions in state and federal courts throughout the country and around the world. The firm has developed a global reputation for excellence and has recovered billions of dollars for victims of fraud and other corporate misconduct. All of our work is driven by a common goal: to protect investors, consumers, employees and others from fraud, abuse, misconduct and negligence by businesses and fiduciaries. For more information about Kessler Topaz Meltzer & Check, LLP please visit www.ktmc.com.

Exhibit A
004