# EXHIBIT C

Exhibit C
008

Movant's Purchases and Losses    Case 2:24-cv-03282-AB-AJR   Document 32-3   Filed 06/21/24   Page 2 of 2   Page ID       GoodRx Holdings

Class Period: 09/23/2020 - 11/08/2022

#:376

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Steven J. DiMichele** | 09/24/2020 | 500 | $47.00 | $23,500.00 | held | 1,000 | $5.04 | $5,038.00 | |
| | 11/17/2020 | 300 | $38.72 | $11,616.00 | | | | | |
| | 11/17/2020 | 200 | $38.73 | $7,746.00 | | | | | |
| **Movant's Total** | | **1,000** | | **$42,862.00** | | **1,000** | | **$5,038.00** | **($37,824.00)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $5.04 as of February 06, 2023 for common stock.

Prices listed are rounded to two decimal places.

Exhibit C

009