# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

**GOODRX HOLDINGS, INC. SECURITIES LITIGATION**

I, Keith Puopolo, certify that:

1.  I have reviewed the Complaint, adopt its allegations, and authorize the filing of a
    Lead Plaintiff motion on my behalf.

2.  I did not purchase the GoodRx Holdings, Inc. securities that are the subject of this
    action at the direction of plaintiff's counsel or in order to participate in any private
    action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at
    deposition and trial, if necessary.

4.  My transactions in GoodRx Holdings, Inc. securities during the Class Period set forth
    in the Complaint are as follows:

    (See attached transactions)

5.  I have not sought to serve, nor served, as a representative party on behalf of a class
    under this title during the last three years, except for the following:

6.  I will not accept any payment for serving as a representative party, except to receive
    my pro rata share of any recovery or as ordered or approved by the court, including
    the award to a representative plaintiff of reasonable costs and expenses (including lost
    wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

5/9/2024
_____                    _____
     Date                                              Keith Puopolo

**Keith Puopolo's Transactions in GoodRx Holdings, Inc. (GDRX)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/23/2021 | Bought | 5 | $48.2175 |
| 3/10/2021 | Bought | 5 | $42.6702 |
| 3/15/2021 | Bought | 10 | $37.8861 |
| 3/15/2021 | Bought | 30 | $37.9901 |
| 3/16/2021 | Bought | 10 | $38.0856 |
| 3/18/2021 | Bought | 16 | $37.4023 |
| 3/19/2021 | Bought | 10 | $37.0700 |
| 3/19/2021 | Bought | 1 | $37.1359 |