# EXHIBIT C

## Financial Interest Analysis

**Company Name:** GoodRx Holdings, Inc.
**Ticker:** GDRX
**Class Period:** 09/23/2020 - 11/08/2022
**Name:** Keith Puopolo

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/23/2021 | 5 | $48.2175 | -$241.0875 | | $0.0000 | -$241.09 |
| 3/10/2021 | 5 | $42.6702 | -$213.3510 | | $0.0000 | -$213.35 |
| 3/15/2021 | 10 | $37.8861 | -$378.8610 | | $0.0000 | -$378.86 |
| 3/15/2021 | 30 | $37.9901 | -$1,139.7030 | | $0.0000 | -$1,139.70 |
| 3/16/2021 | 10 | $38.0856 | -$380.8560 | | $0.0000 | -$380.86 |
| 3/18/2021 | 16 | $37.4023 | -$598.4368 | | $0.0000 | -$598.44 |
| 3/19/2021 | 10 | $37.0700 | -$370.7000 | | $0.0000 | -$370.70 |
| 3/19/2021 | 1 | $37.1359 | -$37.1359 | | $0.0000 | -$37.14 |

**Shares Retained:** 87

|  | 90-Day Average Price | Shares Retained | | |
|---|---|---|---|---|
| | $5.0380 | 87 | | |

| | | |
|---|---|---|
| **Subtotal:** | -$3,360.13 |
| **90-Day Average:** | $438.31 |
| **Total:** | -$2,921.83 |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between November 9, 2022 and February 6, 2023.