# EXHIBIT A

**GoodRx Holdings, Inc. (GDRX)**
**Class Period: September 23, 2020 to November 8, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $5.0380 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | | |
| Lawrence Kalmanson, Acct 1 | | 10,259 | | ($560,813) | | (2,159) | | $10,751 | 10,259 | 8,100 | $40,808 | ($509,254) |
| Lawrence Kalmanson, Acct 2 | | 3,000 | | ($148,123) | | (3,000) | | $177,000 | 0 | 0 | $0 | $28,877 |
| Betty Kalmanson | | 9,657 | | ($531,989) | | 0 | | $0 | 9,657 | 9,657 | $48,652 | ($483,337) |
| Shawn Kalmanson | | 6,797 | | ($357,025) | | (1,250) | | $65,288 | 5,547 | 5,547 | $27,946 | ($263,792) |
| **Kalmanson Family** | | **29,713** | | **($1,597,950)** | | **(6,409)** | | **$253,038** | **25,463** | **23,304** | **$117,406** | **($1,227,506)** |
| | | | | | | | | | | | | |
| **Account 1** | | | | | | | | | | | | |
| Lawrence Kalmanson | 9/23/2020 | 750 | $46.0000 | ($34,500) | 12/19/2022 | (2,000) | $4.9814 | $9,963 | | | | |
| Lawrence Kalmanson | 9/28/2020 | 2,500 | $53.0000 | ($132,500) | 12/21/2022 | (159) | $4.9567 | $788 | | | | |
| Lawrence Kalmanson | 9/29/2020 | 973 | $59.0000 | ($57,407) | | | | | | | | |
| Lawrence Kalmanson | 9/29/2020 | 4,821 | $56.6999 | ($273,350) | | | | | | | | |
| Lawrence Kalmanson | 10/1/2020 | 860 | $50.2500 | ($43,215) | | | | | | | | |
| Lawrence Kalmanson | 10/7/2020 | 355 | $55.8900 | ($19,841) | | | | | | | | |
| **Lawrence Kalmanson** | | **10,259** | | **($560,813)** | | **(2,159)** | | **$10,751** | **10,259** | **8,100** | **$40,808** | **($509,254)** |
| | | | | | | | | | | | | |
| **Account 2** | | | | | | | | | | | | |
| Lawrence Kalmanson | 9/23/2020 | 100 | $49.5002 | ($4,950) | 2/10/2021 | (3,000) | $59.0000 | $177,000 | | | | |
| Lawrence Kalmanson | 9/23/2020 | 2,900 | $49.3700 | ($143,173) | | | | | | | | |
| **Lawrence Kalmanson** | | **3,000** | | **($148,123)** | | **(3,000)** | | **$177,000** | **0** | **0** | **$0** | **$28,877** |
| | | | | | | | | | | | | |
| Betty Kalmanson | 9/23/2020 | 1,347 | $46.0000 | ($61,962) | | | | | | | | |
| Betty Kalmanson | 9/28/2020 | 1,021 | $53.0000 | ($54,113) | | | | | | | | |
| Betty Kalmanson | 9/28/2020 | 1,479 | $53.0000 | ($78,387) | | | | | | | | |
| Betty Kalmanson | 9/28/2020 | 98 | $58.4000 | ($5,723) | | | | | | | | |
| Betty Kalmanson | 9/28/2020 | 500 | $58.8500 | ($29,425) | | | | | | | | |
| Betty Kalmanson | 9/28/2020 | 500 | $58.7800 | ($29,390) | | | | | | | | |
| Betty Kalmanson | 9/28/2020 | 2,533 | $58.8800 | ($149,143) | | | | | | | | |
| Betty Kalmanson | 9/29/2020 | 1,704 | $57.4998 | ($97,980) | | | | | | | | |
| Betty Kalmanson | 10/12/2020 | 475 | $54.4550 | ($25,866) | | | | | | | | |
| **Betty Kalmanson** | | **9,657** | | **($531,989)** | | **0** | | **$0** | **9,657** | **9,657** | **$48,652** | **($483,337)** |
| | | | | | | | | | | | | |
| Shawn Kalmanson | 9/23/2020 | 2,000 | $48.0300 | ($96,060) | 10/23/2020 | (953) | $52.2300 | $49,775 | | | | |
| Shawn Kalmanson | 9/28/2020 | 3,000 | $53.0000 | ($159,000) | 10/23/2020 | (20) | $52.2300 | $1,045 | | | | |
| Shawn Kalmanson | 9/28/2020 | 362 | $58.9300 | ($21,333) | 10/23/2020 | (100) | $52.2300 | $5,223 | | | | |
| Shawn Kalmanson | 9/28/2020 | 486 | $58.9300 | ($28,640) | 10/23/2020 | (20) | $52.2300 | $1,045 | | | | |

*Avg Closing Prices from November 9, 2022 to February 6, 2023

**GoodRx Holdings, Inc. (GDRX)**
**Class Period: September 23, 2020 to November 8, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $5.0380 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shawn Kalmanson | 9/28/2020 | 152 | $58.9300 | ($8,957) | 10/23/2020 | (94) | $52.2300 | $4,910 | | | | |
| Shawn Kalmanson | 10/12/2020 | 796 | $54.0000 | ($42,984) | 10/23/2020 | (63) | $52.2300 | $3,290 | | | | |
| Shawn Kalmanson | 10/16/2020 | 1 | $51.1846 | ($51) | | | | | | | | |
| **Shawn Kalmanson** | | **6,797** | | **($357,025)** | | **(1,250)** | | **$65,288** | **5,547** | **5,547** | **$27,946** | **($263,792)** |

*Avg Closing Prices from November 9, 2022 to February 6, 2023