EXHIBIT B

**GoodRx Holdings, Inc.**

**Joel Greenberg - Account 1**

Class Period: 09/23/20 to 11/08/22

Lookback Price: $5.0380 (11/09/22 - 02/06/23)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 03/04/21 | 1,000 | $41.0000 | $41,000.00 | | | | | |
| Purchase | 01/07/22 | 800 | $26.4000 | $21,120.00 | Retained | | 1,800 | $5.0380 | $9,068.40 |
| | | **1,800** | | **$62,120.00** | | | **1,800** | | **$9,068.40** |

| | |
|---|---|
| **LIFO Gain/(Loss) for Joel Greenberg - Account 1** | **($53,051.60)** |

1

**GoodRx Holdings, Inc.**

**Joel Greenberg - Account 2**

Class Period: 09/23/20 to 11/08/22
Lookback Price: $5.0380 (11/09/22 - 02/06/23)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 01/07/22 | 2,000 | $26.4000 | $52,800.00 | Retained | | 2,000 | $5.0380 | $10,076.00 |
| | | **2,000** | | **$52,800.00** | | | **2,000** | | **$10,076.00** |

**LIFO Gain/(Loss) for Joel Greenberg - Account 2**     (**$42,724.00**)

| Account | Shares Purchased | Net Shares Purchased/ (Sold) | Net Funds Received / (Expended) | LIFO Gain / (Loss) |
|---|---|---|---|---|
| Joel Greenberg - Account 1 | 1,800 | 1,800 | ($62,120.00) | ($53,051.60) |
| Joel Greenberg - Account 2 | 2,000 | 2,000 | ($52,800.00) | ($42,724.00) |
| **Grand Total** | **3,800** | **3,800** | **($114,920.00)** | **($95,775.60)** |

2