**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096
dkaplan@saxenawhite.com

*Attorneys for Proposed Lead Plaintiff Joel Greenberg, and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LISA MARIE BARSULI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOODRX HOLDINGS, INC., DOUGLAS HIRSCH, TREVOR BEZDEK, and KARSTEN VOERMANN,<br><br>Defendants. | Case No. 2:24-cv-03282-AB-AJR<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF THE NOTICE OF NON-OPPOSITION BY JOEL GREENBERG**<br><br>JUDGE: Hon. André Birotte Jr. |

I, David R. Kaplan, declare on this 28th day of June 2024:

1.    I am a Director with the law firm of Saxena White P.A. ("Saxena White") and a member in good standing of the Bar of the State of California and the Bar of the Central District of California.  I represent proposed Lead Plaintiff Joel Greenberg in the above-captioned action.  I submit this Declaration in support of the notice of  of Mr. Greenberg for an Order: (1) appointing Joel Greenberg as Lead Plaintiff; and (2) approving his selection of Saxena White to serve as Lead Counsel for the Class.

2.    Attached as Exhibit A is a true and correct copy of Transcript of Proceedings, Hearing on Motion, *Terenzini v. GoodRx Holdings, Inc.*, No. 2:20-cv-114440-DOC (C.D. Cal. Mar. 22, 2021), ECF No. 72.

3.    Attached as Exhibit B is a true and correct copy of Transcript of Proceedings, Motion to Consolidate, *Terenzini v. GoodRx Holdings, Inc.*, No. 2:20-cv-114440-DOC (C.D. Cal. Apr. 5, 2021), ECF No. 73.

4.    Attached as Exhibit C is a true and correct copy of Order Regarding Consolidation, *Terenzini v. GoodRx Holdings, Inc.*, No. 2:20-cv-114440-DOC (C.D. Cal. Apr. 8, 2021), ECF No. 65.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: June 28, 2024                    Respectfully submitted,

By:  */s/ David R. Kaplan*

1

**PROOF OF SERVICE VIA ELECTRONIC POSTING**

I HEREBY CERTIFY that, on June 28, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.  I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2024

/s/ David R. Kaplan
David R. Kaplan