# EXHIBIT B

**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
STACEY M. KAPLAN (Bar No. 241989)
skaplan@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Counsel for Proposed Lead Plaintiff City of Bethlehem, as Trustee of the City of Bethlehem Pension Fund, and Center for Interventional Medicine, LLC, and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LISA MARIE BARSULI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOODRX HOLDINGS, INC., DOUGLAS HIRSCH, TREVOR BEZDEK, and KARSTEN VOERMANN,<br><br>Defendants. | Case No. 2:24-cv-03282 AB(AJRx)<br><br>CLASS ACTION<br><br>**[PROPOSED] SUR-REPLY DECLARATION OF STACEY M. KAPLAN IN FURTHER SUPPORT OF THE MOTION OF CITY OF BETHLEHEM, AS TRUSTEE OF THE CITY OF BETHLEHEM PENSION FUND, AND CENTER FOR INTERVENTIONAL MEDICINE, LLC FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:       July 19, 2024<br>Time:       10:00 a.m.<br>Courtroom:  7B<br>Judge:      Hon. André Birotte Jr.<br><br>ORAL ARGUMENT REQUESTED |

[PROPOSED] SUR-REPLY DECLARATION OF STACEY M. KAPLAN IN FURTHER SUPPORT OF THE MOTION OF CITY OF BETHLEHEM, AS TRUSTEE OF THE CITY OF BETHLEHEM PENSION FUND, AND CENTER FOR INTERVENTIONAL MEDICINE, LLC FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL
CASE NO. 2:24-CV-03282 AB(AJRx)

**[PROPOSED] SUR-REPLY DECLARATION OF STACEY M. KAPLAN**

I, Stacey M. Kaplan, hereby declare:

1.      I am a member in good standing of the bar of the State of California, and I am admitted to practice before this Court.  I am a partner of the law firm Kessler Topaz Meltzer & Check, LLP.  I submit this [Proposed] Sur-Reply Declaration in further support of the Motion of City of Bethlehem, as Trustee of the City of Bethlehem Pension Fund, and Center for Interventional Medicine, LLC for Appointment as Lead Plaintiff and Approval of Selection of Counsel.  I have knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Supplemental Order Re Class Counsel, *In re SVB Financial Group Securities Litigation*, No. 3:23-cv-01097-JD (N.D. Cal. Dec. 28, 2023), ECF No. 87;

Exhibit B:    Application for Admission of Attorney Pro Hac Vice, *Vanipenta v. SVB Financial Group*, No. 3:23-cv-01097-JD (N.D. Cal. Aug. 15, 2023), ECF No. 65;

Exhibit C:    Order Granting Application for Admission of Attorney Pro Hac Vice, *Vanipenta v. SVB Financial Group*, No. 3:23-cv-01097-JD (N.D. Cal. Aug. 16, 2023), ECF No. 66; and

Exhibit D:    Declaration of Naumon A. Amjed in Support of the [Proposed] Sur-Reply Memorandum of Points and Authorities in Further Support of the Motion of City of Bethlehem, as Trustee of the City of Bethlehem Pension Fund, and Center for Interventional Medicine, LLC for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

[PROPOSED] SUR-REPLY DECLARATION OF STACEY M. KAPLAN IN FURTHER SUPPORT OF THE MOTION OF CITY OF BETHLEHEM, AS TRUSTEE OF THE CITY OF BETHLEHEM PENSION FUND, AND CENTER FOR INTERVENTIONAL MEDICINE, LLC FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL
CASE NO. 2:24-CV-03282 AB(AJRx)

Exhibit B     1

Page 14

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed: July 12, 2024, at San Francisco, California.

/s/ Stacey M. Kaplan
STACEY M. KAPLAN (Bar No. 241989)

[PROPOSED] SUR-REPLY DECLARATION OF STACEY M. KAPLAN IN FURTHER SUPPORT OF THE MOTION OF CITY OF BETHLEHEM, AS TRUSTEE OF THE CITY OF BETHLEHEM PENSION FUND, AND CENTER FOR INTERVENTIONAL MEDICINE, LLC FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL
CASE NO. 2:24-CV-03282 AB(AJRx)

Exhibit B
Page 15

2

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SVB Financial Group Securities Litigation | Case No. 3:23-cv-01097-JD |
| | **SUPPLEMENTAL ORDER RE CLASS COUNSEL** |

After appointing Norges and AP7 as lead plaintiffs in this consolidated action, the Court deferred appointment of lead counsel pending plaintiffs' identification of specific lawyers of choice, and not a law firm generally. Dkt. No. 82 at 4. Norges and AP7 have selected Salvatore J. Graziano, of Bernstein Litowitz, and Sharan Nirmul, of Kessler Topaz, to be lead counsel. Dkt. No. 85. Attorneys Graziano and Nirmul are appointed as lead counsel in this consolidated action. *See In re Cavanaugh*, 306 F.3d 726, 734 (9th Cir. 2002) (citations omitted).

**IT IS SO ORDERED.**

Dated:  December 28, 2023

_____

JAMES DONATO
United States District Judge

Exhibit B
Page 17

# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHANDRA VANIPENTA, individually and on behalf of all others similarly situated ,

Plaintiff(s),

v.

SVB FINANCIAL GROUP, et al. ,

Defendant(s).

Case No. 3:23-cv-01097-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Naumon A. Amjed , an active member in good standing of the bar of Pennsylvania , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Norges Bank and Sjunde AP-Fonden in the above-entitled action. My local co-counsel in this case is Jennifer L. Joost , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 296164 .

280 King of Prussia Road
Radnor, PA 19087
MY ADDRESS OF RECORD

One Sansome Street, Suite 1850
San Francisco, CA 94104
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

610-667-7706
MY TELEPHONE # OF RECORD

415-400-3000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

namjed@ktmc.com
MY EMAIL ADDRESS OF RECORD

jjoost@ktmc.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 309520 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court one times in the 12 months preceding this application.

United States District Court
Northern District of California

Exhibit B
Page 19

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/15/2023 _____

Naumon A. Amjed _____

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Naumon A. Amjed _____  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2

Exhibit B
Page 20



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Naumon A. Amjed, Esq.*

DATE OF ADMISSION

*October 15, 2010*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  July 28, 2023

Patricia A. Johnson
Chief Clerk

Exhibit B
Page 21

# EXHIBIT C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHANDRA VANIPENTA, individually and on behalf of all others similarly situated                    ,

                    Plaintiff(s),

          v.

SVB FINANCIAL GROUP, et al.          ,

                    Defendant(s).

Case No. 3:23-cv-01097-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Naumon A. Amjed          , an active member in good standing of the bar of Pennsylvania                    , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing:   Norges Bank and Sjunde AP-Fonden   in the above-entitled action. My local co-counsel in this case is Jennifer L. Joost          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 296164          .

280 King of Prussia Road
Radnor, PA 19087
MY ADDRESS OF RECORD

610-667-7706
MY TELEPHONE # OF RECORD

namjed@ktmc.com
MY EMAIL ADDRESS OF RECORD

One Sansome Street, Suite 1850
San Francisco, CA 94104
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-400-3000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jjoost@ktmc.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 309520          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court one          times in the 12 months preceding this application.

Exhibit B
Page 23

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/15/2023                                             Naumon A. Amjed
                                                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Naumon A. Amjed          is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:8/16/2023

_____
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021                                    2

Exhibit B
Page 24

# EXHIBIT D

**DECLARATION OF NAUMON A. AMJED IN SUPPORT OF THE [PROPOSED] SUR-REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF THE MOTION OF CITY OF BETHLEHEM, AS TRUSTEE OF THE CITY OF BETHLEHEM PENSION FUND, AND CENTER FOR INTERVENTIONAL MEDICINE, LLC FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Naumon A. Amjed, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner of the law firm Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz").  Kessler Topaz represents Proposed Lead Plaintiff City of Bethlehem, as Trustee of the City of Bethlehem Pension Fund, and Center for Interventional Medicine, LLC.  I filed a motion requesting permission to appear *pro hac vice* before this Court in *Barsuli v. GoodRx Holdings, Inc., et al.,* No. 2:24-cv-03282-AB(AJRx), and that motion was granted by this Court on July 12, 2024.  *See* ECF No. 64.  I submit this Declaration in support of the [Proposed] Sur-Reply Memorandum of Points and Authorities in Further Support of the Motion of City of Bethlehem, as Trustee of the City of Bethlehem Pension Fund, and Center for Interventional Medicine, LLC for Appointment as Lead Plaintiff and Approval of Selection of Counsel.  I have personal knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

2.      On September 14, 2023, I appeared before the Honorable James Donato of the United States District Court for the Northern District of California in connection with a hearing to address motions to consolidate related actions, appoint a lead plaintiff, and approve the selection of lead counsel in *In re SVB Financial Group Securities Litigation*, No. 3:23-cv-01097-JD (N.D. Cal.).

3.      Jennifer L. Joost, who is a partner at Kessler Topaz, a member of good standing in the State of California and admitted to practice in the United States District Court for the Northern District of California, and who was listed as

1

California counsel on behalf Kessler Topaz's clients, the lead plaintiff movants in *SVB*, was also present in the courtroom during the September 14, 2023 hearing. Mrs. Joost did not make an appearance on the record. However, given her presence in the courtroom, Mrs. Joost was available to address the court during the hearing if Judge Donato found it necessary to question Kessler Topaz's California counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: July 12, 2024, at Radnor, Pennsylvania.

NAUMON A. AMJED (admitted *pro hac vice*)

2