# EXHIBIT C

Exhibit C
Page 28

## <u>DECLARATION OF NAUMON A. AMJED MADE PURSUANT TO LOCAL CIVIL RULE 7-19.1</u>

I, Naumon A. Amjed, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner of the law firm Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz").   Kessler Topaz represents Proposed Lead Plaintiff City of Bethlehem, as Trustee of the City of Bethlehem Pension Fund, ("Bethlehem") and Center for Interventional Medicine, LLC ("CIM").   I filed a motion requesting permission to appear *pro hac vice* before this Court in *Barsuli v. GoodRx Holdings, Inc., et al.,* No. 2:24-cv-03282-AB(AJRx), and this Court granted that motion on July 12, 2024. *See* ECF No. 64.   I submit this Declaration pursuant to Local Civil Rule 7-19.1 in conjunction with City of Bethlehem, as Trustee of the City of Bethlehem Pension Fund, and Center for Interventional Medicine, LLC's *Ex Parte* Application for Leave to File [Proposed] Sur-Reply in Response to the Kalmanson Family's Reply Memorandum of Points and Authorities.   I have knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

2.      On July 11, 2024, pursuant to Local Civil Rule 7-19.1, I made a reasonable, good faith effort to contact Ms. Jennifer Pafiti, counsel of record for the Kalmanson Family, by phone and by email.

3.      On July 12, 2024, I spoke with Mr. Joshua B. Silverman, a partner at Pomerantz LLP admitted to appear *pro hac vice* before this Court on behalf of the Kalmanson Family in this case.   I advised him of the date and substance of the [Proposed] *Ex Parte* Application.   Upon being advised of the [Proposed] *Ex Parte* Application, Mr. Silverman indicated that the Kalmanson Family opposes that Application.

1

Exhibit C
Page 29

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed: July 12, 2024, at Radnor, Pennsylvania.

NAUMON A. AMJED (admitted *pro hac vice*)

2

Exhibit C
Page 30