UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LISA MARIE BARSULI, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

GOODRX HOLDINGS, INC., DOUGLAS HIRSCH, TREVOR BEZDEK, and KARSTEN VOERMANN,

Defendants.

Case No. 2:24-cv-03282 AB(AJRx)

**[PROPOSED] ORDER GRANTING CITY OF BETHLEHEM, AS TRUSTEE OF THE CITY OF BETHLEHEM PENSION FUND, AND CENTER FOR INTERVENTIONAL MEDICINE, LLC's *EX PARTE* APPLICATION FOR LEAVE TO FILE [PROPOSED] SUR-REPLY IN RESPONSE TO THE KALMANSON FAMILY'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES**

Before the Court is Proposed Lead Plaintiff City of Bethlehem, as Trustee of the City of Bethlehem Pension Fund, ("Bethlehem") and Center For Interventional Medicine, LLC ("CIM")'s *Ex Parte* Application for leave to file a sur-reply in response to the Kalmanson Family's reply memorandum of points and authorities (ECF No. 62, the "Kalmanson Family Reply"). Bethlehem and CIM contend that the requested relief should be granted to permit Bethlehem and CIM to respond to new arguments raised in the Kalmanson Family Reply before the Court's hearing scheduled for July 19, 2024.

1

Here, Bethlehem and CIM would be irreparably prejudiced if they followed regular noticed motion procedures to obtain leave to file a sur-reply because this District's automatic briefing schedule would conclude the briefing on that limited motion on a date well beyond July 19, 2024, the date on which the hearing on Bethlehem and CIM's lead plaintiff motion is set to be heard. *See Paydirt Gold Co., LLC v. Burdock & Assocs., Inc.*, No. 2:21-cv-9782-AB-PLA, 2023 WL 3150102, at *1 (C.D. Cal. Mar. 27, 2023) (Birotte, J.).

GOOD CAUSE APPEARING, it is ordered that City of Bethlehem, as Trustee of the City of Bethlehem Pension Fund, and Center for Interventional Medicine, LLC's *Ex Parte* Application for Leave to File [Proposed] Sur-Reply in Response to the Kalmanson Family's Reply Memorandum of Points and Authorities is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

2