UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE BARSULI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOODRX HOLDINGS, INC., DOUGLAS HIRSCH, TREVOR BEZDEK, and KARSTEN VOERMANN,<br><br>Defendants. | Case No. 2:24-cv-03282-AB-AJR<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION |

This matter coming before the Court on the Parties' Stipulation Regarding the Cover Page for Lead Plaintiff's Amended Class Action Complaint, and the Court having considered the Stipulation and the supporting declaration, the Court finds that there is good cause to make the requested correction. IT IS HEREBY ORDERED THAT:

1.      Plaintiff's First Amended Complaint (Dkt. No. 76) is hereby **STRIKEN**.

2.      **Plaintiff is directed to file the corrected version of the Amended Class Action Complaint for Violations of the Federal Securities Laws titled as "CORRECTED Amended Class Action Complaint."**

3.	No other matter or deadline is affected by this Stipulation.

IT IS SO ORDERED.

Dated: January 22, 2025

_____
THE HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE