LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
  *michele.johnson@lw.com*
  Jordan D. Cook (Bar No. 293394)
  *jordan.cook@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
Tel:  (714) 540-1235
Fax:  (714) 755-8290

LATHAM & WATKINS LLP
  Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Tel:  (858) 523-3985
Fax:  (858) 523-5450

LATHAM & WATKINS LLP
  Morgan E. Whitworth (Bar No. 304907)
  *morgan.whitworth@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel:  (415) 391-0600
Fax:  (415) 395-8095

*Attorneys for Defendants*
*GoodRx Holdings, Inc., Douglas Hirsch,*
*Trevor Bezdek, and Karsten Voermann*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LISA MARIE BARSULI, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>      v.<br><br>GOODRX HOLDINGS, INC., DOUGLAS HIRSCH, TREVOR BEZDEK AND KARSTEN VOERMANN,<br><br>             Defendants. | CASE NO. 2:24-cv-03282-AB-AJR<br><br>**DEFENDANTS' REQUEST FOR ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Defendants GoodRx Holdings, Inc., Douglas Hirsch, Trevor Bezdek, and Karsten Voermann ("Defendants") hereby request that the Court dismiss Lead Plaintiffs' entire action with prejudice, and enter a final judgment on the merits.

On April 18, 2025, this Court granted Defendant's Motion to Dismiss Lead Plaintiffs' Amended Class Action Complaint (the "Order"). Dkt. 89. In this Order, the Court granted Lead Plaintiffs leave to amend their complaint within 45 days of the Order. *Id.* at 11.

Plaintiff have not filed an amended complaint, and the deadline has passed. Plaintiff thus waived its right to file an amended complaint.

Defendants, therefore, respectfully requests that the Court dismiss the entire action with prejudice, and enter a final judgment on the merits.

Dated: July 3, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Colleen C. Smith*
    Colleen C. Smith

*Attorneys for Defendants GoodRx Holdings, Inc., Douglas Hirsch, Trevor Bezdek, and Karsten Voermann*