LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
 *michele.johnson@lw.com*
  Jordan D. Cook (Bar No. 293394)
 *jordan.cook@lw.com*
  650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
Tel:  (714) 540-1235
Fax:  (714) 755-8290

LATHAM & WATKINS LLP
  Colleen C. Smith (Bar No. 231216)
 *colleen.smith@lw.com*
  12670 High Bluff Drive
San Diego, CA 92130
Tel:  (858) 523-3985
Fax:  (858) 523-5450

LATHAM & WATKINS LLP
  Morgan E. Whitworth (Bar No. 304907)
 *morgan.whitworth@lw.com*
  505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel:  (415) 391-0600
Fax:  (415) 395-8095

*Attorneys for Defendants*
*GoodRx Holdings, Inc., Douglas Hirsch,*
*Trevor Bezdek, and Karsten Voermann*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| LISA MARIE BARSULI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOODRX HOLDINGS, INC., DOUGLAS HIRSCH, TREVOR BEZDEK AND KARSTEN VOERMANN,<br><br>Defendants. | CASE NO. 2:24-cv-03282-AB-AJR<br><br>**STIPULATION FOR ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

Lead Plaintiff the Kalmanson Family ("Lead Plaintiff"), and Defendants GoodRx Holdings, Inc., Douglas Hirsch, Trevor Bezdek and Karsten Voermann ("Defendants") (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on April 18, 2025, this Court granted Defendant's Motion to Dismiss Lead Plaintiffs' Amended Class Action Complaint (the "Order").  Dkt. 89. In the Order, the Court granted Lead Plaintiff leave to amend the complaint within 45 days of the Order, *id.* at 11, but Lead Plaintiff determined not to amend the complaint or appeal the Order.

NOW THEREFORE, the Parties agree and stipulate to the following:

1.    Judgment shall be entered in favor of Defendants, and the above action shall be dismissed with prejudice;

2.    Lead Plaintiff will not appeal the Order;

3.    Each Party shall bear its own costs.

**IT IS SO STIPULATED:**

Dated:  July 9, 2025

**LATHAM & WATKINS LLP**

By:  _/s/ Colleen C. Smith_

Colleen C. Smith (SBN 231216)
12670 High Bluff Dr
San Diego, CA 92130
Tel: (858) 523-3985
colleen.smith@lw.com

Michele D. Johnson (SBN 198298)
Jordan D. Cook (SBN 293394)
650 Town center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: (714) 540-1235

Morgan E. Whitworth (SBN 304907)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

_Attorneys for Defendants GoodRx
Holdings, Inc., Douglas Hirsch,
Trevor Bezdek, and Karsten
Voermann_

**POMERANTZ LLP**

By:  _/s/ Joshua B. Silverman_

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

Joshua B. Silverman (admitted _pro hac vice_)
Diego J. Martinez-Krippner (admitted _pro hac vice_)
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: (312) 377-1181

_Counsel for the Kalmanson Family
and Lead Counsel for the
Proposed Class_

## <u>ATTESTATION OF FILER</u>

All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 9, 2025                                    LATHAM & WATKINS LLP


                                                       _____/s/ *Colleen C. Smith*_____
                                                       Colleen C. Smith