JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE BARSULI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOODRX HOLDINGS, INC., DOUGLAS HIRSCH, TREVOR BEZDEK AND KARSTEN VOERMANN,<br><br>　　　　　Defendants. | Case No. 2:24-cv-03282-AB-AJR<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL WITH PREJUDICE |

Pursuant to the Stipulation For Entry of Judgment of Dismissal with Prejudice filed by Lead Plaintiff the Kalmanson Family ("Lead Plaintiff"), and Defendants GoodRx Holdings, Inc., Douglas Hirsch, Trevor Bezdek and Karsten Voermann ("Defendants") and good cause appearing,

IT IS HEREBY ORDERED, JUDGED, AND DECREED that:

1. Judgment is entered in favor of Defendants, and the above action is dismissed with prejudice;

2. Each Party shall bear its own costs.

**IT IS SO ORDERED.**

Dated: July 9, 2025

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE